| | | |
|---|---|---|
| WILLIAM CARAWAN, JR., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| FNU MITCHELL, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the United States Marshals Service's return of an unexecuted summons as to Defendant Barbara Horne. (Doc. No. 29).

On August 28, 2018, the U.S. Marshals Service was ordered to attempt to serve Defendant Horne in accordance with Rule 4 of the Federal Rules of Civil Procedure. It was further order, that, if Defendant Horne cannot be served at the address provided by NC DPS, to locate her home address so that she may be served. (Doc. No. 24). The U.S. Marshals Service was instructed that, if it was unable to obtain personal service on her, to inform the Court of its reasonable attempts to obtain service. (Id.).

On September 11, 2018, the summons was returned unexecuted as to Defendant Horne. (Doc. No. 29). The "Remarks" section states: "08/24/2018 – Process rec'd/entered, mailed certified mail … 9/10/2018 – Process returned to sender – unable to forward." (Id.).

Within **fourteen (14) days** of this Order, the U.S. Marshals Service shall file a Response informing the Court its reasonable efforts to locate Defendant Horne and personally serve her.

The U.S. Marshal shall not disclose Defendant's home addresses to the *pro se* incarcerated Plaintiff and shall file any document containing such address under seal.

1

**IT IS THEREFORE ORDERED that:**

(1)     The U.S. Marshal shall file a Response within **fourteen (14) days** of this Order informing the Court of its reasonable efforts to locate Defendant Horne and personally serve her.

(3)     The Clerk is respectfully instructed to mail a copy of this Order to the U.S. Marshal.

Signed: September 28, 2018

Frank D. Whitney
Chief United States District Judge

2